UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KENDALL HARLSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-01599-JPH-TAB |
| | ) |
| BRANDON MCKALLIP, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**I.
Filing Fee**

Plaintiff Kendall Harlson has filed a complaint without paying the $400 filing fee or demonstrating a lack of the financial ability to do so. Plaintiff **SHALL** either pay the $400 filing fee or seek leave to proceed *in forma pauperis* by **July 15, 2020**. The Clerk **shall include** a form motion to proceed *in forma pauperis* with Plaintiff's copy of this order.

**II.
Dismissing the Complaint**

Plaintiff's complaint lists one defendant and alleges that this Court has jurisdiction because the case involves a "violation of federal law." Dkt. 1. But the complaint does not allege any facts or include a request for relief. *See id.* The complaint therefore must be dismissed. *See* Fed. R. Civ. P. 8(a).

Plaintiff **SHALL HAVE through July 15, 2020** to file an amended complaint. An amended complaint should explain the basis for this Court's jurisdiction; specify the defendants against whom claims are raised; explain

1

what those defendants did, and when; and specify what Plaintiff is seeking.

See Fed. R. Civ. P. 8(a); 12(b).  Furthermore, To survive dismissal,

> [the] complaint must contain sufficient factual matter, accepted as true, to state a claim for relief that is plausible on its face.  A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged.

*Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

If Plaintiff does not file an amended complaint, the Court will dismiss this case without prejudice without further notice.  The Clerk **shall include** a civil complaint form with Plaintiff's copy of this order.

**SO ORDERED.**

Date: 6/12/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KENDALL HARLSON
1734 East 73rd Street
Indianapolis, IN 46240